# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **LESIA ANN ROSE,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: |
| | ) |
| **CMC STEEL FABRICATORS, INC.,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant SMI Steel, LLC, d/b/a CMC Steel Alabama (improperly named in the Complaint as "CMC Steel Fabricators, Inc.") states that it is a corporate subsidiary of Commercial Metals Company, a publicly held Delaware corporation. No publicly held corporation owns 10% or more of Commercial Metals Company's stock.

Respectfully submitted,

*/s/ Audrey Y. Dupont*
One of the Attorneys for Defendant
SMI Steel, LLC, d/b/a CMC Steel Alabama

MAYNARD, COOPER & GALE, P.C
Carole G. Miller, Esq. (asb-7242-m71c)
Audrey Y. Dupont, Esq. (asb-4766-r70d)
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, Alabama 35203
Tel. (205) 254-1000
Fax (205) 254-1999
adupont@maynardcooper.com
cmiller@maynardcooper.com

02780419.1

**CERTIFICATE OF SERVICE**

  I hereby certify that on January 29, 2014, I electronically filed the foregoing with the Clerk of Court using the electronic filing system which will send notification of such filing to the following:

Terrell E. McCants, Esq.
P. O. Box 380081
Birmingham, AL 35238-0081

               */s/ Audrey Y. Dupont*
               OF COUNSEL