FILED
2014 Sep-05 AM 11:25
U.S. DISTRICT COURT
N.D. OF ALABAMA

Ms Kesia Ann Rose
707 6th Street West
Birmingham, Al 35204
September 04, 2014
Civil Action # 2:14-CV-00160-KOB

FILED
2014 SEP -4 P 3:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

In The United States District Court for the Northern District of Alabama Southern Division

I the plaintiff/victim Ms Kesia Ann Rose wrote-typed this 3 page document to the attention of the Judge on the civil case listed. My reason for writing this letter is to inform the Judge Ms Karon O. Bowdre that as the plaintiff/victim I felt the need to explain to the court the full aspects of why I brought this case before the court and why I feel as monetary damages should be awarded as well as pain and suffering. As the plaintiff/victim in this case at my own at expense and safety I performed a great deed for women, and the company I saved thousands of dollars being an honest person in spite of my dire need. I request that this letter is read by the Judge on the case and added to the file. The letter I'm leaving is typed and consist of 3 pages.

Thanks,
Ms Kesia Rose
9-4-2014

MS. LESIA A. ROSE
904 6TH STREET WEST
BIRMINGHAM, ALABAMA 35204
SEPTEMBER 03, 2014
CIVIL ACTION NUMBER 2:14-cv-00160-KOB

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

CHIEF JUDGE: THE HONORABLE KARON O. BOWDRE

I Ms. Lesia A. Rose do hereby request that upon the mercy of the court allow this case to have it's needed day in court. This request is based on the following Statements of Facts and not intended to offend or make my own judgment toward this case. To bring to the attention of the court information that should be known as well as brought forth before any final decisions are made in reference to this case without having a view from the plaintiff/victim.

1. The illegal act of (sexual harassment) occurred against me as an applicant (female, welfare recipient, single parent) desperately seeking employment. Though I had/have a strong work history and mechanically inclined to avoid any suprises I felt like it was only right to mention that I was on medication for (MDD) a form of depression in case it showed up in my urine when going for drug test.

2. The company did find my letter of information to be true where I listed the following that the harasser was guilty of..(sexual harassment, theft, embezzlement, fraud, act of misrepresentation using company business card)

3. The day in which I dropped of my application for employment I was further told by the receptionist in the window that the harasser was one of the hiring managers.

4. The employee/harasser had been employed with the company since (1984) and had served as a supervisor over other employees. This fact proves that the harasser was more than aware of policies and guidelines the company had in place before acting. Which made him more than believable to me a woman seeking employment.

5. The harasser wanted to get me in bed so bad until he began to brag about how much money he was making as well as well as stealing from the company as a bogus subcontractor and that he and Chuck Chafin were long time colleagues meaning who ever Mr. Chafin was he had his back..

6. Even after the harasser had been demoted by the company for behavior toward those working under him. The company still allowed him to work for them which shows that they were aware of what he was capable of but still trusted him as they still gave him assignments that involved trust.

7. The employee/harasser was very much familiar with my financial status and why I was so desperate to start work. I had told him that my mortgage was (2) months behind and being on welfare would not help me catch up. I explained to him that my son and I had no place to go if we were foreclosed on. Needless to say we lost our home of (16) years.

8. Per his salary the harasser bragged to me on how he was making/embezzling another $3600.00 a week/bi-weekly from the (CORPORATE OFFICES) located in Irving, Texas and how he had been doing this for over (2) years and his daily managers/supervisors had no clue (until I informed them) with my letter.

9. After multiplying $3,600.00 x 52= $187,200.00 which is the amount of money I made/saved the company in one year by coming forward and reporting what I had learned as I was being asked for sexual favors by the employee/harasser. As the victim it is very important that the court know, understand, and realize that at any time I could have come aboard with Mr. Hammond but chose to do what is and what was right. Not many or would have made such sacrifice in the same FINANCIAL (Dire Need) as I was at the time I was approached by Mr. Hammond.

10. I as an applicant as was very hurt and disappointed when Mr. Hammond finally made it more than clear that I would not be getting or be considered for a position within the company if I did not have SEX with him, on a regular basis. At this time I owed the company nothing and could have left things as they had been. My conscience would not allow me to do so as I began to think of the other (VULNERABLE/DESTITUTE) women Mr. Hammond may have done this to.

11. What has hurt me most is how the company used my letter of information to fire Mr. Hammond and all the contents thereof, but refuse to ACKNOWLEDGE the fact that it was because I was being sexually harassed by Mr. Hammond that he wanted me to know that he was bringing in enough money for the both of us and I could just be a KEPT WOMAN. The fact that I was a college graduate of (CRIMINAL JUSTICE) and having been an employee since the age of (14) allowed me to know when my rights as a woman were being sexually violated. Of course Mr. Hammond knew of this as he looked at the application the day I left it. However after learning how bad I needed money to save my home he throwed caution to the wind and decided on QUID pro quo.

12. I am asking the court to consider the following: (EEOC-NOTICE# 915.002. DATE: 6-18-1999) which is ENFORCEMENT GUIDANCE on VICARIOUS EMPLOYER LIABIOITY for UNLAWFUL HARASSMENT by SUPERVISORS in this notice roman numeral 3 (partB. reads) WHO QUALIFIES AS A SUPERVISOR?
\* HARASSER OUTSIDE SUPERVISORY CHAIN of COMMAND- In some circumstances, an employer maybe subject to vicarious liability for

harassment by a supervisor who does not have actual authority over the employee/applicant. Such a result is appropriate if the employee/applicant reasonably believed that the harasser had such power. The employee/applicant might have such a belief because, for example, the chains of command are unclear or unknown. Alternatiively, the employee/applicant might reasonably believe that a harasser with broad delegated powers has the ability to significantly influence employment decisions affecting him/her even if the harasser is out the employee chain of command. ( This notice has been in effect over (16) years which is still after and during the time of employment by Mr. Hammond.) to whom the company was aware of his actions/negligence as a supervisor long before now and still kept him on eventually becoming a company liability.

13. For the record the way I was approached and the day I left my application in the office by the (employee/demoted supervisor/harasser) and receptionist. I had no way of knowing his ill intentions nor how he had decided to prey on me I just wanted a job to save my home, care for my son and get off the system.

14. The company is also retaliating against me the victim by forcing a confidentiality clause...(WHY HIDE THIS FROM THE PUBLIC), they are also placing limits on my future work places...(AS IF I AM THE ONE WHO STOLE FROM THEM WHEN I ACTUALLY SAVED THEM THOUSANDS OF DOLLARS), they have also attacked the way this incident has affected my mental state....(KNOWING THE ACT IT SELF WOULD AFFECT ANY WOMAN or ONE OF THEIR FEMALE FAMILY MEMBERS that's before finally learning that since you made the decision to be a lady and not sell your body for a position of employment with the company, or take part in the ongoing embezzlement scheme your application is denied by the harasser and the company leaving you with a home going into foreclosure and no where to go.

    I the plaintiff Ms. Lesia Rose appreciate the time taken to read my letter. As Chief Judge I do not have to remind you how important justice is or how many times this is the only avenue a victim will ever having in being made whole. True monetary damages are being sought in this case as should be. Times are extremely hard for so many that it has caused them to go against their righteous beliefs, though a victim proudly I still hold strong to my morals, principles, and values.

Ms. Lesia Rose          September 03, 2014

*Ms. Lesia Rose* (signature)