

## Ms. Lesia Rose. Settlement Options (Sexual harassment case) AND STEELE

2 messages

---

**LESIA ROSE** <lesiarose.lr@gmail.com>       Wed, Aug 20, 2014 at 11:24 AM
To: "terrell@mccantslaw.com" <terrell@mccantslaw.com>

    On behalf of my current case with you I would like to say how much I appreciate your help. As far as my settlement offer as the plaintiff I am asking for at least _____ ...Realizing that you have to make money on this case as well it is in our best interest to try for all we can get. Due to the current status of the case I am not sure the defendant will pay your fees therefore you and I will be sharing the final settlement. Which is fine as I know and feel that you will do your best in the preceding of the closure of this case??? GIVE IT YOUR ALL

Thanks

Ms. L.A. Rose

---

**terrell@mccantslaw.com** <terrell@mccantslaw.com>       Wed, Aug 20, 2014 at 11:28 AM
To: LESIA ROSE <lesiarose.lr@gmail.com>

Thank you.

Terrell E. McCants, Esq.
**The McCants Law Firm, P.C.**
121 Edenton Street
Birmingham, Alabama 35242
Mailing: P.O. Box 380081
Birmingham, AL 35238
Phone: 205-530-1275
Fax: 877-856-3633
Email: Terrell@mccantslaw.com
[Quoted text hidden]

# FILED
OCT 17 2014
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**

Cts Exh 1
10/17/14 Motion Hearing
Rose v. CMc Steel Fabricators
2:14cv 160 KOB