FILED
2014 Oct-17 PM 03:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **LESIA ANN ROSE,**  )<br> )<br>    **Plaintiff,**  )<br> )<br>**v.**  )<br> )<br>**CMC STEEL FABRICATORS,** )<br>**INC.,**  )<br> )<br>    **Defendant.**  ) | **CIVIL ACTION NO.**<br>**2:14-cv-00160-KOB** |

## ORDER

The matter is before the court on "Motion for Attorney Lien." (Doc. 36). The court DEEMS this filing to be a Notice of Attorney Lien as opposed to a motion, and ACCEPTS it.

DONE and ORDERED this 17th day of October, 2014.

_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE